# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org



David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

June 21, 2018

**BY ECF**
Honorable Jed S. Rafoff
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/18

Re: <u>**Christopher Reese v. United States**</u>
    **Docket No. 12 Cr. 629 (VM)**

Dear Judge Marrero,

    This letter is submitted in response to the Court's order, dated June 20, for counsel to submit the nature of the conflict of interest necessitating our motion to be relieved as counsel to Mr. Reese. Our office represented another client, Omar Valle, in a case pending before Judge Rakoff, Docket No. 18 Cr. 63 (JSR). In that case, Judge Rakoff ordered Mr. Reese to provide testimony in a matter involving Mr. Valle's subsequently retained counsel. Our office was reappointed to represent Mr. Valle when Judge Rakoff relieved the retained counsel. Our office recognized the potential conflict between Mr. Valle and Mr. Reese and moved to be relieved from representing both clients in that matter. Judge Rakoff granted that motion. However, we still owe a duty of loyalty to Mr. Valle, which would be compromised by our continuing representation of Mr. Reese.

    I have informed Mr. Reese of the conflict and our motion to be relieved and he consents to the motion. I have attached a copy of a letter he wrote to the court, and sent to me my email.

Respectfully submitted,

COLLEEN P. CASSIDY
Assistant Federal Defender

*Request GRANTED. The Federal Defenders of New York is relieved as counsel to defendant Christophe Reese in this matter.*

**SO ORDERED:**

6-25-18
DATE

VICTOR MARRERO, U.S.D.J.

**From:** REESE CHRISTOPHER (17878083)

**Sent Date:** Wednesday, June 20, 2018 6:08 PM

**To:** colleen_cassidy@fd.org

**Subject:** (212) 805-6382

JUNE 20, 2018

THE HONORABLE VICTOR MARRERO
SENIOR U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 CENTRE STREET
NEW YORK, NEW YORK 10007

Re: United States v. Reese, 12 Cr. 629 (VM)

Dear Judge Marrero:

On or about May 5, 2017, the Court assigned the Federal Public Defenders Office ("Office") to represent me as habeas
counsel on the pending motion to vacate the sentence imposed in this case. The matter is being handled by the Appeals
Bureau, and Colleen Cassidy was assigned as counsel. It is my understanding that the Office now believes that there is a
conflict of interest that prevents them from continuing to represent me in this matter. I have consulted with Ms. Cassidy
on the matter, and I have been informed by her that she has filed a formal application to be relieved.

I now write to inform the Court that I consent to the Office being relieved, and to the appointment of CJA counsel at the
Court's earliest possible convenience.

The Court's indulgence in this matter will be greatly and most sincerely appreciated.

Respectfully submitted,

/s/ Christopher E. Reese