**MANDATE**

S.D.N.Y.-N.Y.C.
12-cr-629
16-cv-664
Marrero, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand nineteen.

Present:

> Barrington D. Parker,
> Denny Chin,
> Richard J. Sullivan,
> > *Circuit Judges*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 20 2019

Christopher E. Reese,

> *Petitioner-Appellant*,

v.                                                                                          18-3012

United States of America,

> *Respondent-Appellee*.

_____

Appellant, pro se, moves for a certificate of appealability, bail, in forma pauperis status, and appointment of counsel. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/20/2019