AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  12-cr-629 |
| Christopher E. Reese | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Christopher Reese .

Date:   04/20/2020

/s/
*Attorney's signature*

Matthew Wasserman, MW6086
*Printed name and bar number*

Law Offices of Joel B. Rudin, P.C.
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, NY 10019
*Address*

mwasserman@rudinlaw.com
*E-mail address*

(212) 752-7600
*Telephone number*

(212) 980-2968
*FAX number*