**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,      :     **12 CR 629 (VM)**
                            :
     -against-           :
                            :     **ORDER**
CHRISTOPHER E. REESE,       :
                            :
            Defendant.  :
---------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

On May 8, 2020, counsel for the above-named defendant submitted a renewed motion for compassionate release on defendant's behalf. (See Dkt. No. 280.) The Government is hereby directed to respond to the defendant's motion within twenty days of this order.


**SO ORDERED:**


Dated:    New York, New York
         8 May 2020

Victor Marrero
U.S.D.J.