**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/22
```

UNITED STATES OF AMERICA,

    -against-

CHRISTOPHER E. REESE,

        Defendant.

**12 CR 629 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On March 22, 2022, the above-named defendant filed a pro se motion for early termination of his supervised release, pursuant to 18 U.S.C. § 3583(e)(1). The Government is directed to respond to the defendant's motion.

**SO ORDERED.**

Dated:  March 25, 2022
       New York, New York

                                         Victor Marrero
                                           U.S.D.J.