**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022
```

UNITED STATES OF AMERICA,

       -against-

CHRISTOPHER REESE,

       Defendant.

**12 CR 629 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The defendant submitted a pro se letter indicating that, on April 6, 2022, he mailed a CJA 23 form and request for appointment of counsel. (Dkt. No. 294.) The defendant is directed, pursuant to the Court's Special Individual Rules and Practices in Light of COVID-19,[1] to email the CJA 23 form and any supporting papers to the Court's email address: ChambersNYSDMarrero@nysd.uscourts.gov.

    Additionally, the Court scheduled a hearing on April 15, 2022, at 11:00 a.m., to address the defendant's violations of supervised release. In light of the ongoing public health emergency, the hearing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: April 12, 2022
      New York, New York

                                            Victor Marrero
                                               U.S.D.J.

---

[1] The Court's Special Individual Rules may be found on the Court's website here: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/VM%20Marrero%20Special%20Individual%20Rules%20and%20Practices%20in%20Light%20of%20COVID-19.pdf