**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER REESE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022

**12 CR 629 (VM)**

ORDER

**VICTOR MARRERO, U.S.D.J.:**

The conference to address the defendant's violations of supervised release is adjourned from April 15, 2022, to May 6, 2022, at 12:00 p.m. In light of the ongoing public health emergency, the hearing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: April 13, 2022
       New York, New York

Victor Marrero
U.S.D.J.