**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022

UNITED STATES OF AMERICA,

    -against-

CHRISTOPHER REESE,

    Defendant.

**12 CR 629 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is adjourned from July 15, 2022, to August 19, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated: July 12, 2022
      New York, New York

_____
**VICTOR MARRERO**
    **U.S.D.J.**