**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/22
```

UNITED STATES OF AMERICA,

        -against-

CHRISTOPHER REESE,

        Defendant.

**12 CR 629 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The conference to address the defendant's violations of supervised release is adjourned from August 19, 2022, to September 16, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated: August 16, 2022
      New York, New York

_____
**VICTOR MARRERO**
**U.S.D.J.**