USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

CHRISTOPHER REESE,

        Defendant.

**12 CR 629 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the Defendant's violation of supervised release that is currently scheduled for September 16, 2022, is hereby rescheduled to September 9, 2022, at 1:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           September 1, 2022

_____
Victor Marrero
U.S.D.J.