```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

CHRISTOPHER REESE,

                Defendant.

**12 Cr. 629 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon the request of defense counsel and no objection from the Government (see Dkt. No. 344), the proceeding in this matter currently scheduled for May 10, 2024 is hereby **ADJOURNED** to July 26, 2024 at 11:00 AM.

Further, the Government moves (see Dkt. No. 342) for an order to show cause why the defendant should not be resentenced under 18 U.S.C. § 3614 for knowingly and willfully failing to pay restitution. The Government supports the motion with a declaration and attached exhibits. (See Dkt. No. 342-1; Dkt. No. 343.) The Government's motion is granted. Defendant is therefore hereby **ORDERED** to show cause on or before July 26, 2024 why he should not be resentenced under 18 U.S.C. § 3614 for knowingly and willfully failing to pay restitution. The Court will further address the order to show cause at the proceeding scheduled for July 26, 2024 at 11:00 AM.

**SO ORDERED.**

Dated:     8 May 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.