USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

CHRISTOPHER REESE,

                Defendant.

12 Cr. 629 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant currently has an appointed attorney in this matter. Defendant nevertheless has repeatedly sent pro se filings to this Court. Defendant has "no right to 'hybrid' representation in which he is represented by counsel but supplements his lawyer's work with selected pro se submissions." United States v. Hage, 74 F.4th 90, 93 (2d Cir. 2023) (quoting United States v. Rivernider, 828 F.3d 91, 108 (2d Cir. 2016)); see also United States v. Hall, No. 22 Cr. 86, 2023 WL 7166512, at *1 (W.D.N.Y. Oct. 31, 2023) ("[A] court may decline to consider motions that a represented defendant files pro se.").

Defendant is hereby admonished to communicate with the Court through his attorney. Defense counsel is hereby **ORDERED** to provide a copy of this Order to Defendant as soon as reasonably practicable.

**SO ORDERED.**

Dated:    1 July 2024, New York, New York

                                          Victor Marrero
                                          U.S.D.J.