```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/8/2024__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    - against -

CHRISTOPHER REESE,

                              Defendant.

**12 Cr. 629-2 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

        The Court hereby advises the parties that the proceeding scheduled for October 11, at 1:00 PM will not address the Court's Show Cause order. Instead, the Court will hold a status conference on Defendant's violation of supervised release charges and any other pending matters the parties wish to discuss.

**SO ORDERED.**

Dated:    8 October 2024
          New York, New York

                              _____
                                    Victor Marrero
                                    U.S.D.J.