USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

CHRISTOPHER REESE,

                  Defendant.

**12 Cr. 629 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of defense counsel's letter (Dkt. No. 361) advising the Court that CJA counsel Zachary Margulis-Ohnuma will be seeking appointment as counsel for Christopher Reese ("Defendant") in this matter and that Defendant consents to Mr. Margulis-Ohnuma's appointment. The Court hereby <u>relieves</u> Jacqueline E. Cistaro as Defendant's counsel.

    Furthermore, under the Criminal Justice Act, the Court hereby appoints attorney Zachary Margulis-Ohnuma to represent Defendant in this matter.

    Finally, the Court hereby adjourns the status conference scheduled for tomorrow, October 11, 2024, at 1:00 PM to November 15, 2024, at 11:00 AM.

**SO ORDERED.**

Dated:    10 October 2024
            New York, New York

                                          _____
                                               Victor Marrero
                                                  U.S.D.J.

1

2