UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024
```

UNITED STATES OF AMERICA

- against -

CHRISTOPHER REESE,

              Defendant.

12 Cr. 629 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The proceeding in this matter scheduled for November 15, 2024 at 11:00 AM is hereby adjourned to November 22, 2024 at 11:00 AM.

**SO ORDERED.**

Dated:    14 November 2024
             New York, New York

                                            _____
                                                Victor Marrero
                                                   U.S.D.J.