UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Christopher E Reese,<br><br>Defendant. | 12-cr-00629-VM-2<br><br>**SCHEDULING ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Monday, November 25, 2024 at 4:15 pm.** The purpose is to discuss the parties' expectations for the proceeding on December 9, 2024, including whether any witnesses will be called; and the nature of the relief sought, including legal support for the ability of the undersigned to grant such relief. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 911 816 340#.

DATED:  November 25, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge