```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          - against –

CHRISTOPHER REESE

          Defendant.

12 Cr. 629 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant Christopher Reese's ("Defendant") letter regarding his intent to appeal the Honorable Robyn Tarnofky's denial of bail. The Court will hold a hearing on the issue on January 17, 2025, at 11:00 AM.

Defendant is directed to submit a three-page letter outlining his basis for appealing Magistrate Judge Tarnofsky's denial by January 6, 2025. The Government is directed to respond in kind by January 10, 2025. Defendant may file a reply no later than January 15, 2025.

**SO ORDERED.**

Dated:    11 December 2024
            New York, New York

                                              _____
                                                Victor Marrero
                                                    U.S.D.J.