USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

   - against -

CHRISTOPHER REESE,

            Defendant.

12 Cr. 629 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court will hear arguments in Defendant Christopher Reese's appeal of the denial of his bail application on Friday, January 24, 2025, at 10:00 AM, in Courtroom 15B.

**SO ORDERED.**

Dated:   17 January 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.