**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:_____         │
│ DATE FILED:___1/30/2025       │
└──────────────────────────────┘
```

UNITED STATES OF AMERICA,

          - against -

CHRISTOPHER REESE,

             Defendant.

**12 Cr. 629 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    Defendant Christopher Reese ("Reese") requests a revocation hearing related to his alleged violation of supervised release. (Dkt. No. 391.) Reese is also scheduled to stand trial in front of the Honorable Valerie Caproni starting March 10, 2025, on charges stemming from some of the same conduct related to the instant violation of supervised release proceeding ("March Trial"). (<u>Id.</u> at 1.) Reese argues that the hearing should happen in the next 30 days and that the Court should not wait until after the March Trial to schedule the proceeding. (<u>Id.</u> at 1-2.) Reese argues that there is very little factual overlap between this proceeding and the March Trial but had previously represented to the Court that the trial will address "many of the same issues raised by the instant violation petition" and indicated a potential willingness to wait until after the March Trial. (<u>Dkt</u>. No. 366 at 7.)

The Court is persuaded that the most efficient and reasonable use of judicial resources would be to schedule the full revocation hearing at the conclusion of the March Trial. Accordingly, the Court hereby sets a control date for Mr. Reese's full revocation hearing for April 4, 2025, at 11:00 AM.

**SO ORDERED.**

Dated:     30 January 2025
           New York, New York

                                    _____
                                         Victor Marrero
                                         U.S.D.J.