UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,               :

                                                 :

                    -against-                :         12-CR-629 (VEC)

                                                 :

CHRISTOPHER REESE,                    :         <u>ORDER</u>

                               Defendant.     :

                                                 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 30, 2025, Judge Marrero scheduled a revocation hearing related to Mr. Reese's alleged violation of supervised release for April 4, 2025, finding that "the most efficient and reasonable use of judicial resources would be to schedule the full revocation hearing at the conclusion of the March [t]rial" before the Undersigned, *see* Dkt. 394;

      WHEREAS on March 20, 2025, the jury returned a verdict in *United States v. Reese*, 24-CR-402 (S.D.N.Y), finding Mr. Reese guilty of wire fraud, unauthorized practice of law, making false statements the Probation Office, and conspiracy to commit money laundering; and

      WHEREAS on March 25, 2025, this case was reassigned from Judge Marrero to the Undersigned.

      IT IS HEREBY ORDERED that the April 4, 2025, revocation hearing is ADJOURNED *sine die*.  In lieu of the revocation hearing, the parties must appear for a conference to discuss proposed next steps in this case in light of the jury's verdict in *United States v. Reese*, 24-CR-402 (S.D.N.Y.).  The conference will take place on **Friday, April 4, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **March 26, 2025**
          **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**