# ZMO Law PLLC

**MEMO ENDORSED**

March 28, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/28/2025

*Via ECF and email*

Hon. Valerie E. Caproni
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Christopher Reese*, 12 Cr. 629 (VEC)

Dear Judge Caproni:

This office represents Christopher Reese in the above-captioned matter pursuant to an appointment under the Criminal Justice Act ("CJA"). I write to respectfully request that the conference scheduled for Friday, April 4th at 2:30 p.m. be rescheduled to any time before 12:00 p.m. on that day in order to accommodate Mr. Reese's medical needs.

We have conferred with the government and confirmed that they are available during the requested conference time.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

---

Application GRANTED. The conference is rescheduled to **Friday, April 4, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

*[signature]* 3/28/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com