UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                      12-CR-629 (VEC)

    CHRISTOPHER REESE,                      ORDER
                                Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on April 4, 2025, the parties appeared for a conference.

        IT IS HEREBY ORDERED that Mr. Reese's motion to dismiss the April 2024 Violation of Supervised Release Petition (the "Petition") is due **Monday, April 28, 2025**. The Government's response is due **Monday, May 19, 2025**. Mr. Reese's reply is due **Tuesday, May 27, 2025**.

        IT IS FURTHER ORDERED that, not later than **Friday, April 11, 2025**, the Government must file a letter stating the specific statements and misstatements on which Probation relies for the first and second specifications of the Petition and outlining the evidence from Mr. Reese's March 2025 trial that it believes proves the specifications set forth in the Petition.

**SO ORDERED.**

**Date: April 4, 2025**
      **New York, NY**

                                                **VALERIE CAPRONI**
                                        **United States District Judge**