UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,      :
      :      24-CR-402 (VEC)
    -against-      :      12-CR-629 (VEC)
      :
CHRISTOPHER REESE,      :      <u>ORDER</u>
      Defendant.      :
      :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Reese was scheduled to be sentenced on August 20, 2025;

    WHEREAS immediately prior to sentencing, Mr. Reese moved to relieve his prior attorneys, Zachary Margulis-Ohnuma and Tess Cohen, and to be appointed new counsel;

    WHEREAS the Court granted Mr. Reese's motion and appointed David Bertan to represent Mr. Reese.

    IT IS HEREBY ORDERED that Mr. Reese's sentencing is ADJOURNED to **Thursday, September 25, 2025, at 10:00 AM.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. At the same conference, the Court will conduct a revocation hearing on the alleged violations of supervised release set forth in the April 16, 2024, Violation Report. If, on the morning of the hearing, Mr. Reese wishes to admit to the specifications, the Court will conduct a change-of-plea hearing. In all events, the Court will address the specifications in the Violation Report and then proceed directly to sentencing for both 24-CR-402 and 12-CR-629 at the September 25, 2025, conference.

**SO ORDERED.**

Date:  August 20, 2025
       New York, NY

                                                **VALERIE CAPRONI**
                                                **United States District Judge**