UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
                -against-                                 :        12-CR-629 (VEC)
                                                          :
CHRISTOPHER REESE,                                        :        ORDER
                                    Defendant.            :
                                                          :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on September 25, 2025, Mr. Reese entered an admission to, and was

sentenced in connection with, the specifications set forth in the April 16, 2025, Violation Report;

and

        WHEREAS at the September 25, 2025, conference, the parties agreed to address Mr.

Reese's January 30, 2025, Motion, Dkt. 393, following sentencing.

        IT IS HEREBY ORDERED that the Government must respond to Mr. Reese's January

30, 2025, Motion not later than **Friday, October 24, 2025**.  Mr. Reese's reply, if any, must be

filed not later than **Friday, November 14, 2025**.


**SO ORDERED.**

Date:  **September 25, 2025**                          _____
       **New York, NY**                                    **VALERIE CAPRONI**
                                                        **United States District Judge**