UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
               -against-                                     :      12-CR-629 (VEC)
                                                                  :
CHRISTOPHER REESE,                                                :      <u>ORDER</u>
                           Defendant.                :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 4, 2025, the Court received in its Chambers email inbox a *pro se* submission from the email address "srandalreese@gmail.com," which purports to be a *pro se* motion to vacate Mr. Reese's sentence in the matter numbered 12-CR-629 pursuant to 28 U.S.C. § 2255;

      WHEREAS the submission received on November 4, 2025, was not physically signed by Mr. Reese (or anyone else); and

      WHEREAS the proper method for submitting *pro se* filings in this District is via mail to the *Pro Se* Intake Unit.

      IT IS HEREBY ORDERED that the Court will not review the filing sent from the email address "srandalreese@gmail.com" on November 4, 2025, or any future filings made via email in this case. To the extent Mr. Reese intends to make *pro se* filings, he, like every other pro se litigant, must submit them via mail to the Pro Se Intake Unit, 500 Pearl Street, Room 250, New York, New York 10007. **Submissions made via email will be deleted without review by the Court**.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Christopher Reese Reg. No. 17878-083, MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232, and to note mailing on the docket.

**SO ORDERED.**

Date:  **November 6, 2025**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**